*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

| | |
|---|---|
| **JESSICA HATMON,** | ) |
| | ) |
| | ) |
| vs. | ) Case No. 12-3514-CV-S-DPR |
| | ) |
| | ) |
| **CAROLYN W. COLVIN,** | ) |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ Decision by Court. This action came to a determination before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED that the decision of the Commissioner of Social Security is affirmed.**

March 5, 2014  ANN THOMPSON, CLERK

Entered on: March 5, 2014     /s/ Kerry Schroeppel
                             (By) Deputy Clerk